```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 11404
   BRYAN J BENSON
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-5976


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/12/06 and confirmed on 02/23/07.

   2.  The case was dismissed after confirmation, 03/14/2008.

   3.  The Debtor paid a total of $   2417.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
NEW CENTURY MORTGAGE       CURRENT MORTG          .00           .00           .00
NEW CENTURY MORTGAGE       SECURED                .00           .00           .00
SPECIALIZED LOAN SERVICI   CURRENT MORTG          .00           .00           .00
AMERICAS SERVICING CO      SECURED                .00           .00           .00
ILLINOIS DEPT REVENUE      PRIORITY            351.39           .00        351.39
INTERNAL REVENUE SERVICE   PRIORITY            471.83           .00        471.83
ADULT & PEDIATRIC ORTHOP   UNSECURED       NOT FILED            .00           .00
ALLIED INTERSTATE          UNSECURED       NOT FILED            .00           .00
AMERICAN COLLECTION        UNSECURED       NOT FILED            .00           .00
BMW FINANCIAL SERVICES     UNSECURED          16145.71          .00         43.61
CAPITAL ONE BANK           UNSECURED           2058.68          .00          5.48
RESURGENT CAPITAL SERVIC   UNSECURED           2071.86          .00          5.52
CITIFINANCIAL              UNSECURED       NOT FILED            .00           .00
THE CHICAGO DEPT OF REVE   UNSECURED            280.00          .00           .75
CITY OF WAUKEGAN           UNSECURED       NOT FILED            .00           .00
MONIKA CABAJ               UNSECURED       NOT FILED            .00           .00
NCO FINANCIAL              UNSECURED       NOT FILED            .00           .00
NICOR GAS                  UNSECURED       NOT FILED            .00           .00
US DEPARTMENT OF EDUCATI   UNSECURED          34724.59          .00         93.79
RESURGENT CAPITAL SERVIC   UNSECURED           1134.43          .00          3.02
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
WILLIAM HALL               UNSECURED       NOT FILED            .00           .00
INTERNAL REVENUE SERVICE   UNSECURED            133.42          .00           .36
ILLINOIS DEPT REVENUE      UNSECURED             33.10          .00           .09
CAPITAL ONE BANK           UNSECURED           2704.06          .00          7.20
        Summary of disbursements:
------------------------------------------------------------------------
                 SECURED      PRIORITY     UNSECURED      OTHER        TOTAL
```

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00        823.22     59285.85          .00     60109.07
PRINCIPAL PAID                  .00        823.22       159.82          .00       983.04
INTEREST PAID                   .00           .00          .00          .00          .00
TOTAL PAID                      .00        823.22       159.82          .00       983.04
```
The Debtor's attorney, ROBERT J SEMRAD & ASSOC          , was allowed $   2500.00
and was paid $   1166.00   direct and $   1334.00   through the plan.

The Trustee received $       99.96 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 06/23/08                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 06 B 11404 BRYAN J BENSON